AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-4286

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NYU Langone Hospital-Brooklyn**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Karina Rustia**, who is designated by law to accept service of process on behalf of *(name of organization)* **NYU Langone Hospital - Brooklyn** on *(date)* **8/6/21** at **2:07 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/6/21**

_____
Server's signature

**Damon Ward**
Printed name and title

**146-06 24th Rd Whitestone NY 11357**
Server's address

Additional information regarding attempted service, etc:
Female, asian, black, 51-65
5'4-5'8, 161-200 lbs.
Served at 150 55th St, Brooklyn NY 11220.