**ROANNE L. MANN**  **DATE:** October 21, 2021
**UNITED STATES MAGISTRATE JUDGE**  **START:** 12:02 p.m.
  **END:** 12:55 p.m.

**DOCKET NO:** 21-cv-4286-EK-RLM

**CASE** Dorson v. NYU Langone Hospital-Brooklyn

X   INITIAL CONFERENCE  ☐ OTHER/*CHEEKS* HEARING
☐   DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐   SETTLEMENT CONFERENCE  X TELEPHONE CONFERENCE
☐   MOTION HEARING  ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**  **ATTORNEY**
  Jason Mizrahi

**DEFENDANT**  **ATTORNEY**
  Lisa Louise Savadjian

X   FACT DISCOVERY TO BE COMPLETED BY   March 21, 2022
☐   SETTLEMENT CONFERENCE SCHEDULED FOR   _____
☐   JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY   _____
☐   PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference.  Defense counsel is directed to provide plaintiff's time-and-pay records to plaintiff's counsel by October 29, 2021 and plaintiff shall serve a copy of the complete email thread of communications giving rise to the alleged written employment contract.  Plaintiff will not be moving for conditional certification.  The case is referred to court-annexed mediation to be completed by the end of January 2022.  By February 3, 2022, the parties are to submit a joint status report advising the Court of the parties' settlement progress following court-annexed mediation.  Pleadings for all parties may be amended and new parties added as of right by December 1, 2021.  The parties do not anticipate utilizing expert witnesses.  Fact discovery must be completed by March 21, 2022.  The parties have until April 1, 2022, to request a premotion conference before Judge Komitee.