<u>CIVIL CAUSE FOR Status Conference</u>

BEFORE JUDGE: <u>Eric Komitee, U.S.D.J.</u>
DATE: <u> 10/18/2022</u>
TIME IN COURT: <u>20</u> Mins


DOCKET NUMBER: CV 21-4286
TITLE:  <u>Dorson v. NYU Langone Hospital-Brooklyn</u>

ESR OPERATOR: <u>Andrew Jackson</u>
FTR LOG: <u>3:03 – 3:20</u>

APPEARANCES:

    Plaintiff:        <u>Jason Mizrahi</u>
    Defendant:      <u>Lotus Cannon  </u>


SUMMARY: Plaintiff's counsel advised that he has been unable to reach his client for approximately two weeks despite regular efforts through multiple means.  Defendant will submit a motion for summary judgment or enforce settlement by November 15, 2022.  Plaintiff shall respond by December 13, 2022, and Defendant shall submit a reply, if any, by December 22, 2022.  A further status conference will occur on November 16, 2022, at 3:00 p.m., at which the **plaintiff is directed to appear in person herself**. Plaintiff's counsel is directed to use his best efforts to provide a copy of this minute entry to his client and to speak with her directly to inform her of its substance.